# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

154016

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LABELLE MANAGEMENT, INC.,
      Plaintiff-Appellee,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellant.

SC: 154016
COA: 324062
Ct of Claims: 13-000095-MT

_____/

      On order of the Court, the application for leave to appeal the March 31, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



Clerk

t0117